1 | BARRY J. PORTMAN
Federal Public Defender
2 | NICHOLAS P. HUMY
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

*E-FILED - 8/25/09*

5 | Counsel for Defendant JACK WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00314-RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING; [] ORDER** |
| JACK WILLIAMS, | ) | |
| Defendant. | ) | |

    Defendant, Jack Williams by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Steven Seitz, hereby stipulate and agree to request that the Court continue the sentencing hearing currently set for Monday, August 24, 2009, in the above captioned matter to Monday, August 31, 2009, at 9:00 a.m.  The continuance is necessary for defense preparation.

Dated: 8/21/09

         /s/         
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 8/21/09

         /s/         
STEVEN SEITZ
Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER
CR 09-00314-RMW

1

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE DIVISION
11  UNITED STATES OF AMERICA,        )   No. CR 09-00314-RMW
                                     )
12             Plaintiff,            )   **STIPULATION TO CONTINUE**
    v.                               )   **SENTENCING; [] ORDER**
13                                   )
    JACK WILLIAMS,                   )
14                                   )
               Defendant.            )
15  _____)

16                              **ORDER**

17      The parties have requested a continuance of the hearing set for Monday, August 24, 2009,

18  to allow for defense preparation.

19      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

20  presently set for, Monday, August 24, 2009, is continued to Monday, August 31, 2009 at 9:00

21  a.m.

22      IT IS SO ORDERED.

23  Dated:  8/25/09
                                         *Ronald M. Whyte* (signature)
                                         _____
24                                       RONALD M. WHYTE
                                         United States District Judge
25
26

STIPULATION TO CONTINUE HEARING;
[] ORDER
CR 09-00314-RMW                    2